# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) |
| vs. | ) Case No. 06-3091-01-CR-W-FJG |
| Robert Hullette, | ) |
|     Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's motion in limine (Doc. #20), filed October 19, 2006, and defendant's suggestions in opposition (Doc. #22), filed November 9, 2006.

On December 29, 2006, Chief United States Magistrate Judge James C. England entered a report and recommendation (Doc. #23) which recommended granting the above-mentioned motion. Exceptions to the report and recommendation were filed by defendant on January 29, 2007 (Doc. #27).

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, the Court finds that plaintiff's motion limine (Doc. #20), filed October 19, 2006, must be granted.

Accordingly, it is

ORDERED that the Chief Magistrate's findings and conclusions are hereby adopted and incorporated herein by reference. It is further

ORDERED that plaintiff's motion in limine (Doc. #20), filed October 19, 2006, is granted.

                                                  /s/Fernando J. Gaitan, Jr.
                                                  Judge Fernando J. Gaitan, Jr.
                                                  Chief United States District Judge

Dated: 2/8/07
Kansas City, Missouri